Fourth Appellate Department, October, 1901. Reported. 64 App. Div. 624.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. E. BRAYTON GUERNSEY, Appellants, *v.* HENRY B. PIERSON AND OTHERS, Respondents.

Order affirmed, with costs.

All concurred; RUMSEY, J., not sitting.